# EXHIBIT A




 Attention

# CONGRATULATIONS!
your business has been selected for our exclusive offer

Now it is Time to Boost Your Sales by **1000%** with an Animated Video for Your Business

## Get 90% Off* Your First Video Now!

- ✓ **Free** Script Writing
- ✓ **Free** Story Board Design
- ✓ **Free** Voice Over
- ✓ **Free** Publishing
- ✓ Unlimited Revision
- ✓ 100% Money Back Guarantee

*Limited Time Offer
This offer expires today at 6.00 pm! (PST)

## Hurry Up &
## Activate Your Coupon Now!

How To Activate?
Call Us: +1-888-233-3032
Visit Our Page: animationsharks.com/90

Or
just scan this
QR code

