IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RALANDA WEBB, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | 17-cv-06578 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPRITE ENTERTAINMENT, INC., | ) | |
| doing business as ANIMATION SHARKS, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ralanda Webb, voluntarily dismisses her individual claims without prejudice and without costs against defendant Sprite Entertainment, Inc. d/b/a Animation Sharks. Plaintiff Ralanda Webb voluntarily dismisses her class claims against Sprite Entertainment, Inc. d/b/a Animation Sharks without prejudice and without costs. Plaintiff Ralanda Webb voluntarily dismisses her claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

*s/ Dulijaza Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

### **CERTIFICATE OF SERVICE**

I, Julie Clark, certify that on September 25, 2017, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following parties:

Michael J. Lohnes
Katten Muchin Rosenman, LLP
525 W. Monroe St.
Chicago, IL 60661-3693

*s/ Dulijaza Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)